UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K'AUN GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, and others,<br><br>        Defendants. | Case No. 22-cv-02174 NC<br><br>**ORDER SETTING IN PERSON CASE MANAGEMENT CONFERENCE FOR NOVEMBER 8, 10:30 A.M.; ORDER TO SHOW CAUSE** |

The Court sets an in-person Case Management Conference for November 8, 2023, at 10:30 a.m. in San Jose courtroom 5.  At the Conference, the parties should be prepared to address the following issues:

- Whether the Court may take judicial notice of the San Jose Police Department's Press Release posted November 3, 2023, at 6:10 p.m. titled "Statement From the Chief Regarding Officer Misconduct" and its attachments.
- Whether the San Jose City Attorney will be continuing to represent defendant Mark McNamara in this case; and if not, whether McNamara will have new counsel or will represent himself.
- Whether the Court should vacate or modify the Protective Order issued at ECF 34.
- The case schedule, including whether additional discovery is appropriate.

- The settlement referral.
- Any other issues that would advance the just, speedy, and inexpensive determination of this action. Fed. R. Civ. P. 1.

**IT IS SO ORDERED.**

Dated:  November 4, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge